FILED

SEP 25 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. ) Case No. 5:14-cr-00240-D-1
)
WILLIAM SCOTT DAVIS, JR., )
Defendant-Appellant, pro se. )

**NOTICE OF APPEAL FROM D.E. 1137**

Notice is hereby given that Defendant William Scott Davis, Jr., proceeding pro se, appeals to the United States Court of Appeals for the Fourth Circuit from the order entered September 11, 2026 at D.E. 1137 in United States v. Davis, No. 5:14-cr-00240-D-1.

To the extent permitted by governing appellate law, this Notice also preserves review of prior orders, directives, and enforcement actions that merge into, are incorporated in, or are effectuated through D.E. 1137. The issues preserved for appellate review will be fully presented and developed in the opening brief.

Dated: September 24, 2026

Respectfully submitted,

/s/ William Scott Davis, Jr.
William Scott Davis, Jr., pro se
25 Rivercrest Drive
Riverdale, Georgia 30274
Telephone: 470-352-6516
Email: WilliamScottDavisII1440@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2026, I served a true copy of this Notice of Appeal upon counsel of record for the United States by the method actually used for service. The service method and recipient address should be conformed to the service actually made before filing.

/s/ William Scott Davis, Jr.

William Scott Davis, Jr.
25 Rivercrest Drive
Riverdale, Georgia 30274
470-352-6516
WilliamScottDavisII1440@gmail.com

September 24, 2026

**Peter A. Moore, Jr.**

Clerk of Court
United States District Court
Eastern District of North Carolina
P.O. Box 25670
Raleigh, NC 27611

**Re: United States v. Davis, No. 5:14-cr-00240-D-1 — Notice of Appeal from D.E. 1137**

Dear Mr. Moore:

Enclosed immediately behind this letter is my one-page Notice of Appeal in United States v. Davis, No. 5:14-cr-00240-D-1. The Notice appeals the September 11, 2026 order entered at D.E. 1137 to the United States Court of Appeals for the Fourth Circuit.

Please file and docket the enclosed Notice of Appeal as of the date it is received and process it in accordance with the Federal Rules of Appellate Procedure and the applicable procedures of the United States Court of Appeals for the Fourth Circuit. Please preserve the Notice and the associated filing materials as part of the district-court record.

Please direct notices concerning this filing to me at the contact information shown above.

Respectfully submitted,

/s/ William Scott Davis, Jr.
William Scott Davis, Jr., pro se

ORIGIN ID:FTYA (470) 353-6516
SCOTT DAVIS
25 RIVERCREST DRIVE
RIVERDALE, GA 30274
UNITED STATES US

SHIP DATE: 24SEP26
ACTWGT: 1.00 LB
CAD: 269144376/INET4535

BILL SENDER

TO PETER A MOORE JUNIOR CLERK OF COURT
USDC EDNC
310 NEW BERN AVENUE

RALEIGH NC 27601
(919) 645-1750 REF:
INV:
PO: DEPT:

FedEx Express

E

FedEx
TRK# 0201 8776 8685 0571

FRI - 25 SEP AA
STANDARD OVERNIGHT

X7 SOPAG

SOPA 27601
NC-US
RDU

5562869 24Sep2026 FTYA 58KG6/0166/4848

RECEIVED

SEP 25 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

FedEx®

**This envelope is only for FedEx Express® shipments.**
You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Insert shipping document here.